AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.

Salvador CARRILLO-Acosta

**CRIMINAL COMPLAINT**

Case Number: C-23-783M

United States Courts
Southern District of Texas
FILED

NOV 1 - 2023

Nathan Ochsner, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about November 02, 2023 in Nueces County, in the Southern District Of Texas defendant(s)

Salvador CARRILLO-Acosta, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Corpus Christi, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On November 02, 2023, Texas Department of Public Safety encountered Salvador CARRILLO-Acosta, during a traffic stop on Highway 35 in Corpus Christi, Texas. CARRILLO-Acosta was unable to provide proper documentation and Border Patrol was contacted. An agent determined CARRILLO-Acosta to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed CARRILLO-Acosta was ordered removed from the United States by an Immigration Judge on February 14, 2012 and was physically removed from the United States to Mexico on July 11, 2012 via Brownsville/Gateway. CARRILLO-Acosta stated he last entered the United States illegally on or about November 10, 2020 near Hidalgo, Texas. There is no evidence to indicate CARRILLO-Acosta has applied for re-admission into the United States from any lawful authority.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Signature of Complainant

Corona, John    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,
telephonically per Fed.R.Crim.P.4.1, and probable cause found on

November 03, 2023                                         at    Corpus Christi, Texas
Date                                                              City/State

Mitchel Neurock           U. S. Magistrate Judge
Name of Judge             Title of Judge                          Signature of Judge